# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0295. TIMOTHY GETTIS ALLEN v. THE STATE.**

Timothy Gettis Allen filed this application for discretionary appeal from the trial court's March 25, 2021 order granting his motion for reconsideration and denying his motion to quash indictment and reverse conviction, motion for bond pending appeal, and motion for transcripts/minutes/recordation of the grand jury proceedings. Allen has filed a motion to withdraw his discretionary application, which is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*